IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK W. NORDRUM,

    Petitioner,

v.                                            Case No. 18-cv-78-jdp

BRAD KOSBAB,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Mark Nordrum's petition for habeas corpus under 28 U.S.C. § 2254.

| /s/ | 10/28/2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |